UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff<br><br>vs.<br><br>VASILIKI M. KRONIS a/k/a VASILKI M. HRONIS<br><br>       Defendant | CIVIL NO. 16-06319 |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on December 05, 2016. The summons issued on December 5, 2016 was not received by our office.

          Respectfully submitted,

          KML Law Group, P.C.

          By: _____
          Rebecca A. Solarz, Esquire
          Pennsylvania Attorney I.D. No. 315936
          Suite 5000 – BNY Independence Center
          701 Market Street
          Philadelphia, PA  19106-1532
          (215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>VASILIKI M. KRONIS a/k/a VASILKI M. HRONIS<br><br>Defendant | CIVIL NO. 16-06319 |

I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

VASILIKI M. KRONIS a/k/a VASILKI M. HRONIS
1109 Carolina Avenue
West Chester, PA 19380

by mailing a true and correct copy thereof, postage prepaid, on this 30 day of December, 2016.

Respectfully submitted,
KML Law Group, P.C.

By: _Brittni Augustin_
Brittni Augustin, Legal Assistant
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
215-825-6470