# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| Michael T. McKeever* | ATTORNEYS AT LAW | Jill P. Jenkins* |
| Lisa A. Lee* | | Joshua I. Goldman* |
| Kristina G. Murtha* | | Alyk L. Oflazian* |
| Thomas I. Puleo | Suite 5000 | Colleen M. Hirst* |
| David B. Fein* | BNY Mellon Independence Center | Paul W. Luongo* |
| Brian C. Nicholas* | 701 Market Street | Caitlin M. Donnelly* |
| Jaime R. Ackerman* | Philadelphia, Pennsylvania 19106-1532 | Victoria W. Chen* |
| Lauren Berschler Karl* | (215) 627-1322 | John Goryl |
| *PA & NJ Bar | (866) 413-2311 | Matthew K. Fissel* |
| | Fax (215) 627-7734 | Michael J. Clark* |
| | | Nicholas J. Zabala* |
| | WWW.KMLLAWGROUP.COM | Rebecca A. Solarz* |
| | | Nora C. Viggiano* |
| | | Matthew J. McClelland |
| | | Denise Carlon |
| | | Christopher Ford |

January 23, 2017

Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania

RE: UNITED STATES OF AMERICA vs. VASILIKI M. KRONIS a/k/a VASILKI M. HRONIS
Docket #16-06319

Dear Judge Kearney:

Pursuant to your request, the status of the above-mentioned case, is such that the summons and filed complaint were sent to this office on or about December 5, 2016. However, Plaintiff never received the summons. Plaintiff filed Praecipe to Reissue Summons on December 30, 2016. Per Fed.R.Civ.P. 4(d), we sent a waiver of service to the Defendant on January 9, 2017 and have allowed the party 30 days to return the waiver.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Rebecca A. Solarz, Esq.