## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-6319 |
| | : | |
| VASILIKI M. KRONIS | : | |

### ORDER

**AND NOW**, this 10th day of February 2017, upon consideration of Plaintiff's Motion for an Extension of Time (ECF Doc. No. 4), it is **ORDERED** the Plaintiff's Motion (ECF Doc. No. 4) is **DENIED without prejudice** as Plaintiff presently has until **March 6, 2017** to effect personal service upon the Defendant.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**KEARNEY, J.**