### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CIVIL ACTION |
| | : |
| v. | : NO. 16-6319 |
| | : |
| VASILIKI M. KRONIS | : |

### ORDER

**AND NOW**, this 3rd day of March 2017, upon consideration of Plaintiff's last minute Motion for an extension of time to make service upon Defendant (ECF Doc. No. 6), and relying upon Plaintiff's representation of good faith efforts, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 6) is **GRANTED** and we extend the time to make service upon the Defendant until no later than **April 7, 2017**.

_____
**KEARNEY, J.**