# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>**v.**<br><br>VASILIKI M. KRONIS A/KA VASILKI M. HRONIS; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-6319<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served VASILIKI M. KRONIS A/KA VASILKI M. HRONIS the above process on the 16 day of March, 2017, at 12:22 o'clock, PM, at 1109 CAROLINA AVENUE WEST CHESTER, PA 19380 , County of Chester, Commonwealth of Pennsylvania:

**Manner of Service:**

☑    By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____     2) _____     3) _____

Commonwealth/State of **Pa** _____    )

County of ___**Berks**___    ) SS:

Before me, the undersigned notary public, this day, personally, appeared ___*Eric Afflerbach*___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-158054
Case ID #:4838210

Subscribed and sworn to before me this **20** day of **March** , 20 **17**

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

USPS Manifest Mailing System        *Brithi A*                        Page   1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
|  | Sequence Number<br>6051-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/ Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703701245557<br>9171999991703701245557 | KRONIS, VASILIKI M. a/k/a VASILKI M. HROIS<br>316 Keene Ln.<br>Downingtown, PA 19335 | ERR<br>C | 0.925 | 1.40<br>3.45 |  |  | 5.78 |
| 9171999991703800735058<br>9171999991703800735058 | KRONIS, VASILIKI M. a/k/a VASILKI M. HROIS<br>1109 Carolina Avenue<br>West Chester, PA 19380 | ERR<br>C | 0.925 | 1.40<br>3.45 |  |  | 5.78 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 2 |  | 1.85 | 9.70 |  |  | 11.55 |
| Cumulative Totals | 2 |  | 1.85 | 9.70 |  |  | 11.55 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____        Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR     Return Receipt

Name and Address of Sender
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service:

☐ Certified     ☐ Recorded Delivery (International)
☐ COD     ☐ Registered
☐ Delivery Confirmation     ☐ Return Receipt for Merchandise
☐ Express Mail     ☐ Signature Confirmation
☐ Insured

Affix Stamp Here
(If issued as a
certificate of mailing,
or for additional copies
of this bill)
Postmark and
Date of Receipt

U.S. POSTAGE ≫ PITNEY BOWES

$ 002.70⁰
ZIP 19106
02 1W
0001391829 MAR 16 2017

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | To  VASILIKI KRONIS a/k/a VASILKI M. HRONIS KRONIS, VASILIKI M. a/k/a VASILKI M. HROIS 1109 Carolina Avenue West Chester, PA 19380 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | To  VASILIKI KRONIS a/k/a VASILKI M. HRONIS KRONIS, VASILIKI M. a/k/a VASILKI M. HROIS 316 Keene Ln. Downingtown, PA 19335 – 2872 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender      Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

USA-158054    Chester County Sale Date:

VASILIKI M. KRONIS a/k/a VASILKI M. HRONIS

PCO - Brithni Agustin





**All Court Types Party Search**
Thu Mar 9 11:05:04 2017
2 records found

**User:** ja0060
**Client:**
**Search:** All Court Types Party Search Name KRONIS, VASILIK All Courts Page: 1

---

### Civil Results

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 KRONIS, VASILIKI M. (unrep) | paedce | 2:2016-cv-06319 | 152 | 12/05/2016 | |
| 2 KRONIS, VASILIKI M. (dft) | paedce | 2:2016-cv-06319 | 152 | 12/05/2016 | |

| | |
|---|---|
| | **Receipt** 03/09/2017 11:05:04 271693925 |
| **User** | ja0060 |
| **Client** | |
| **Description** | All Court Types Party Search |
| | Name KRONIS, VASILIK All Courts Page: 1 |
| **Pages** | 1 ($0.10) |





**All Court Types Party Search**
Wed Mar 15 15:46:55 2017
No Records Found

**User:** ja0060
**Client:**
**Search:**  All Court Types Party Search Name hronis VASILKI All Courts Page: 1

## No records found

**Search Tip:** To search for an individual party, use the name format: *last, first*. A comma should be included to separate the last name and the first name. See the help balloon for more information and example searches.

| | |
|---|---|
| **Receipt** | 03/15/2017 15:46:56 98876763 |
| **User** | ja0060 |
| **Client** | |
| **Description** | All Court Types Party Search |
| | Name hronis VASILKI All Courts Page: 1 |
| **Pages** | 1 ($0.10) |

# Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a Docket Sheet Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: [ Court Name ▼ ]

## Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)

| | |
|---:|:---|
| * Court Name: | Commonwealth ▼ |
| | and any combination of |
| District: | ▼ |
| Docket Type: | ▼ |
| Case Category: | ▼ |
| Case Type: | ▼ |
| Agency: | ▼ |
| Organization Name: | |
| Party Last Name: | HRONIS |
| Party First Name: | VASILKI |
| Attorney Last Name: | |
| Attorney First Name: | |
| Trial Court County: | ▼ |
| Trial Court Judge: | ▼ |
| Case Status: | Active ▼ |
| Date Filed: | __/__/____ 🔲 through __/__/____ 🔲 |

No Records Found

# Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a Docket Sheet Search Type from the dropdown *(default search type is by Docket Number)*

Search Type:  | Court Name ▼ |

## Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)

| | |
|---:|:---|
| * Court Name: | Superior ▼ |
| | and any combination of |
| District: | ▼ |
| Docket Type: | ▼ |
| Case Category: | ▼ |
| Case Type: | ▼ |
| Agency: | ▼ |
| Organization Name: | |
| Party Last Name: | HRONIS |
| Party First Name: | VASILKI |
| Attorney Last Name: | |
| Attorney First Name: | |
| Trial Court County: | ▼ |
| Trial Court Judge: | ▼ |
| Case Status: | Active ▼ |
| Date Filed: | __/__/____ 🗓 through __/__/____ 🗓 |

No Records Found

# Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a Docket Sheet Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: [ Court Name ▼ ]

## Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)

| | |
|---|---|
| \* Court Name: | [ Supreme ▼ ] |
| | and any combination of |
| District: | [ ▼ ] |
| Docket Type: | [ ▼ ] |
| Case Category: | [ ▼ ] |
| Case Type: | [ ▼ ] |
| Agency: | [ ▼ ] |
| Organization Name: | [ ] |
| Party Last Name: | HRONIS |
| Party First Name: | VASILKI |
| Attorney Last Name: | [ ] |
| Attorney First Name: | [ ] |
| Trial Court County: | [ ▼ ] |
| Trial Court Judge: | [ ▼ ] |
| Case Status: | [ Active ▼ ] |
| Date Filed: | __/__/____ 🔲 through __/__/____ 🔲 |

No Records Found

# Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applicable Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern the same incident or offenses.

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearing on the web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. While not all cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: | Participant Name ▼ |

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*



    * Last Name: HRONIS
    * First Name: VASILKI
    Date of Birth: ▮▮▮▮▮ 📅
    and any combination of
    County: Chester ▼
    Docket Type: Criminal ▼
    Case Category: ▼
    Case Status: Active ▼
    Date Filed: __/__/____ 📅 through __/__/____ 📅

No Cases Found

# Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applicable Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern the same incident or offenses.

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearing on the web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. While not all cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: | Participant Name ▾ |

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*



No Cases Found

# Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applicable Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern the same incident or offenses.

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearing on the web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. While not all cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: Participant Name

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*



\* Last Name: HRONIS

\* First Name: VASILKI

Date of Birth: ▮▮▮▮▮

and any combination of

County: Chester

Docket Type: Summary Appeal

Case Category:

Case Status: Active

Date Filed: __/__/____ through __/__/____

No Cases Found

# Magisterial District Courts Docket Sheets

On April 1, 2012, AOPC implemented a new protocol in its Magisterial District Judge System to ensure that when the official paper case records of an individual case have been or should have been destroyed in accordance with the Record Retention and Disposition Schedule with Guidelines ("Schedule") promulgated pursuant to Pa.R.J.A. No. 507 that the public web docket sheet for the case will no longer be accessible. These actions are consistent with the Schedule's purpose to implement record disposition consistently throughout the UJS. Therefore, destruction of the official record pursuant to the Schedule will also result in the electronic case record information regarding the record no longer being accessible to the public.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

MDJ docket sheets are available for specific docket types (see Participant Name search type). If you want to search by docket number, you will first need to fill out the county and court boxes. If you do not have that information, you cannot search by docket number.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a MDJ Docket Search Type from the dropdown *(default search type is by Docket Number)*

     * Search Type: `Participant Name ▼`

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*

     * Last Name: `HRONIS`
     (Exact Last Name)

     * First Name: `VASILKI`
     (Example: James or Ja)(Exact Using 1 Letter)

     Date of Birth: ███████ 
     and any combination of

     County: `▼`

     Court Office: `▼`

     Docket Type: `▼`

     Case Status: `Active ▼`

     Date Filed: `_/_/____` through `_/_/____`

[ No Records Found ]

# Philadelphia Municipal Court Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

> When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applicable Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern the same incident or offenses.

> To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearing on the web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. While not all cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a CP/MC Docket Search Type from the dropdown (default search type is by Docket Number)

Search Type: | Participant Name ▼ |

## Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)



* Last Name: HRONIS
* First Name: VASILKI
Date of Birth: ███████ 📅
and any combination of
County: Philadelphia ▼
Docket Type: ▼
Case Category: ▼
Case Status: ▼
Date Filed: __/__/____ 📅 through __/__/____ 📅

No Cases Found

# Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a Docket Sheet Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: | Court Name ▼ |

## Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)

| | |
|---|---|
| * Court Name: | Commonwealth ▼ |
| | and any combination of |
| District: | ▼ |
| Docket Type: | ▼ |
| Case Category: | ▼ |
| Case Type: | ▼ |
| Agency: | ▼ |
| Organization Name: | |
| Party Last Name: | KRONIS |
| Party First Name: | VASILIKI |
| Attorney Last Name: | |
| Attorney First Name: | |
| Trial Court County: | ▼ |
| Trial Court Judge: | ▼ |
| Case Status: | Active ▼ |
| Date Filed: | __/__/____ 📅 through __/__/____ 📅 |

No Records Found

# Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a Docket Sheet Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: | Court Name ▼ |

## Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)

| | |
|---|---|
| * Court Name: | Superior ▼ |
| | and any combination of |
| District: | ▼ |
| Docket Type: | ▼ |
| Case Category: | ▼ |
| Case Type: | ▼ |
| Agency: | ▼ |
| Organization Name: | |
| Party Last Name: | KRONIS |
| Party First Name: | VASILIKI |
| Attorney Last Name: | |
| Attorney First Name: | |
| Trial Court County: | ▼ |
| Trial Court Judge: | ▼ |
| Case Status: | Active ▼ |
| Date Filed: | __/__/____ 🗓 through __/__/____ 🗓 |

No Records Found

Appellate Courts Docket Sheets

# Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a Docket Sheet Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: [ Court Name ▼ ]

## Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)

| | |
|---|---|
| * Court Name: | [ Supreme ▼ ] |
| | and any combination of |
| District: | [ Eastern ▼ ] |
| Docket Type: | [ Appeal ▼ ] |
| Case Category: | [ Civil ▼ ] |
| Case Type: | [ ▼ ] |
| Agency: | [ ▼ ] |
| Organization Name: | [ ] |
| Party Last Name: | [ KRONIS ] |
| Party First Name: | [ VASILIKI ] |
| Attorney Last Name: | [ ] |
| Attorney First Name: | [ ] |
| Trial Court County: | [ ▼ ] |
| Trial Court Judge: | [ ▼ ] |
| Case Status: | [ Active ▼ ] |
| Date Filed: | __/__/____ 🗓 through __/__/____ 🗓 |

[ No Records Found ]

## Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applicable Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern the same incident or offenses.

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearing on the web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. While not all cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

### Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: | Participant Name ▼ |

### Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*



         \* Last Name: KRONIS
         \* First Name: VASILIKI
       Date of Birth: ███████
     and any combination of
           County: Chester ▼
       Docket Type: Criminal ▼
    Case Category: ▼
      Case Status: Active ▼
       Date Filed: __/__/____ through __/__/____

No Cases Found

# Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applicable Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern the same incident or offenses.

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearing on the web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. While not all cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: Participant Name ▼

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*



\* Last Name: KRONIS

\* First Name: VASILIKI

Date of Birth: ▮▮▮▮

and any combination of

County: Chester ▼

Docket Type: Miscellaneous ▼

Case Category: ▼

Case Status: Active ▼

Date Filed: __/__/____ through __/__/____

No Cases Found

Common Pleas Courts Docket Sheets

# Common Pleas Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

 When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applicable Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern the same incident or offenses.

 To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearing on the web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. While not all cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

### Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*



Search Type: | Participant Name ▼

### Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*

\* Last Name: | KRONIS
\* First Name: | VASILIKI
Date of Birth: | ▮▮▮▮▮ 📅
and any combination of
County: | Chester ▼
Docket Type: | Summary Appeal ▼
Case Category: | ▼
Case Status: | Active ▼
Date Filed: | __/__/____ 📅 through __/__/____ 📅

No Cases Found

# Magisterial District Courts Docket Sheets

On April 1, 2012, AOPC implemented a new protocol in its Magisterial District Judge System to ensure that when the official paper case records of an individual case have been or should have been destroyed in accordance with the Record Retention and Disposition Schedule with Guidelines ("Schedule") promulgated pursuant to Pa.R.J.A. No. 507 that the public web docket sheet for the case will no longer be accessible. These actions are consistent with the Schedule's purpose to implement record disposition consistently throughout the UJS. Therefore, destruction of the official record pursuant to the Schedule will also result in the electronic case record information regarding the record no longer being accessible to the public.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

MDJ docket sheets are available for specific docket types (see Participant Name search type). If you want to search by docket number, you will first need to fill out the county and court boxes. If you do not have that information, you cannot search by docket number.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a MDJ Docket Search Type from the dropdown *(default search type is by Docket Number)*

     \* Search Type: | Participant Name ▼ |

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*

     \* Last Name: | KRONIS |
     (Exact Last Name)

     \* First Name: | VASILIKI |
     (Example: James or Ja)(Exact Using 1 Letter)

     Date of Birth: ▆▆▆▆▆



     and any combination of

     County: | ▼ |
     Court Office: | ▼ |
     Docket Type: | ▼ |
     Case Status: | Active ▼ |
     Date Filed: __/__/____ through __/__/____

         No Records Found

# Philadelphia Municipal Court Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note:

When a search of cases from Philadelphia County is conducted using "other criteria", the search results will include all applicable Philadelphia Municipal Court (MC) and Court of Common Pleas (CP) cases. In Philadelphia County, MC has initial jurisdiction in processing every criminal arrest in Philadelphia and conducts misdemeanor trials and preliminary hearings for all felony cases. Therefore, some cases, such as those involving felony offenses, will initially be filed in MC but will be adjudicated in the CP. Thus, some cases will have both a MC and CP docket number that concern the same incident or offenses.

To determine if a MC case has a related CP case (or vice versa), please review the "cross court docket number" field appearing on the web docket sheet (see page one in the case information section). Specifically, if a MC case has a corresponding CP case, the CP case docket number will most often be set forth as the "cross court docket number" on the web docket sheet for the MC. Similarly, if a CP case has a corresponding MC case, the MC case docket number will most often be set forth as the "cross court docket number" on the CP case web docket sheet.

Click here to view information concerning the 'number' and 'oldest year' of cases migrated from county legacy systems to CPCMS. While not all cases were migrated, this chart will provide a general guideline as to the age of a criminal case available from the Court of Common Pleas Web Docket Sheet.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

## Select a CP/MC Docket Search Type from the dropdown *(default search type is by Docket Number)*

Search Type: Participant Name ▼

## Enter the desired search criteria and click Search *(available search criteria changes based upon the type selected above)*



* Last Name: KRONIS
* First Name: VASILIKI
Date of Birth: ▇▇▇▇
     and any combination of
County: Philadelphia ▼
Docket Type: ▼
Case Category: ▼
Case Status: ▼
Date Filed: __/__/____ through __/__/____

No Cases Found